**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PEDRO SALUCIO-SALUCIO,

Petitioner,

v. No. 1:26-cv-03263-MLG-SCY

WARDEN, Torrance County Detention Center; MARY DE ANDA-YBARRA, Field Office Director, El Paso Field Office, Enforcement and Removal Operations; DAVID VENTURELLA, Acting Director U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; TODD BLANCHE, U.S. ATTORNEY GENERAL,

Respondents.

**ORDER TRANSFERRING CASE TO**
**THE HONORABLE DAVID H. URIAS**

Petitioner Pedro Salucio-Salucio is detained at the Torrance County Detention Facility in Estancia, New Mexico. Doc. 1 at 1. On October 1, 2026, Salucio-Salucio filed a petition for writ of habeas corpus ("Petition"), Doc. 1, seeking a writ of habeas corpus directing federal immigration authorities to immediately release him from custody. *Id.* at 16. Salucio-Salucio filed a similar petition for writ of habeas corpus—albeit pro se—on April 24, 2026, in *Salucio-Salucio v. LNU*, No. 1:26-cv-01288-DHU-SCY (D.N.M.).

Given the similarity of Salucio-Salucio's petitions in these two cases, the "compelling considerations of judicial efficiency and avoidance of inconsistent judicial results strongly favor" having a single judge address both petitions. *See Arizona & New Mexico Coal. of Ctys. for Econ. Growth v. U.S. Fish & Wildlife Serv.*, No. CV 15-00125 WJ/WPL, 2015 WL 9917341, at *7

(D.N.M. Apr. 23, 2015). The Court therefore transfers this case, No. 1:26-cv-03263-MLG-SCY, to the Honorable David H. Urias, United States District Court Judge for the District of New Mexico. *See* Fed. R. Civ. P. 42(a)(3) (permitting a court to "issue any . . . order[] to avoid unnecessary cost or delay" where cases "involve a common question of law or fact"); *Payne v. Tri-State CareFlight, LLC*, 327 F.R.D. 433, 451 n.9 (D.N.M. 2018) (explaining that Rule 42(a)(3) permits a judge to transfer a case to another judge within the District of New Mexico, and noting that "the tradition and practice has been to consolidate the case with the highest number into the one with the lowest number" (citation modified)).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA